UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| JON MCAHREN, JOSH THOMPSON, AND KYLE GARNER, *on Behalf of Themselves and All Others Similarly Situated* | PLAINTIFFS |
| v. | NO. 5:23-CV-85-BJB |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 816, ET AL. | DEFENDANTS |

## JUDGMENT

In light of the Court's order (DN 38) dismissing the case for failure to prosecute, the Court strikes this case from the Court's active docket. This is a final order.

cc: Counsel of record

Benjamin Beaton, District Judge
United States District Court

July 11, 2024

1